UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHARMAINE EDWARDS,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
04-CV- 4425 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on February 24, 2006, granting the Commissioner's motion for judgment on the pleadings; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting the Commissioner's motion for judgment on the pleadings.

Dated: Brooklyn, New York
       February 24, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court